UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

**FILED**

MAY - 9 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | NO. |
| AARON THURMAN, | ) ) ) | **4:19CR00369 AGF/NCC** |
| Defendants. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 21, 2018, in St. Louis City, Missouri, in the Eastern District of Missouri,

**AARON THURMAN,**

the defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing Fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney